IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL NUMBER: 5:08-CR-53-HL** |
| v. | : | |
| | : | **VIOLATION: 18 U.S.C. § 472** |
| **QUINTON D. GIBSON** | : | 18 U.S.C. § 2 |
| **CEDRICK M. WILLIAMS** | : | |
| **JOSEPH SWINT** | : | |
| _____ | : | |

### ORDER FOR CONTINUANCE

The defendant in the above-styled case was indicted on August 29, 2008, and the final arraignment of one of the named Defendants was held on September 15, 2008.

In this case, the parties have initiated discovery, but have not completed discovery. All parties consent to the continuance.

Accordingly, IT IS HEREBY ORDERED that the above-referenced matter be continued hereafter to the next regularly scheduled term of Court for the Macon Division of this district, and that any delay occasioned by the continuance be deemed excusable delay pursuant to 18 U.S.C. § 3161(h).

It is the Court's finding that the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A). The Court finds that failure to grant such continuance could result in a miscarriage of justice, 18 U.S.C. § 3161(h)(8)(B)(i), and that failure to grant such continuance would deny counsel for the defendant and the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § (h)(8)(B)(iv).

SO ORDERED, this 6th day of October, 2008.

*s/ Hugh Lawson*
HUGH LAWSON
UNITED STATES DISTRICT JUDGE