IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **DOCKET NO. 5:08-CR-53 (HL)** |
| **v.** : | |
| : | |
| **QUINTON D. GIBSON** : | |
| : | |

**FINAL ORDER OF FORFEITURE**

On January 15, 2009, pursuant to Title 21, United States Code, Section 853, incorporated by 18 U.S.C. § 982(b), and Federal Rule of Criminal Procedure 32.2(b), this Court entered a Preliminary Order of Forfeiture against defendant Quinton D. Gibson.

Pending now before the Court is the United States' Motion For Final Order of Forfeiture.

The Court hereby makes the following FINDINGS OF FACT AND CONCLUSIONS OF LAW:

1.  This Court has jurisdiction of this matter pursuant to 18 U.S.C. § 3231, and venue pursuant to 18 U.S.C. § 3232 and FED. R. CRIM. P. 18.

2.  The United States has furnished due and legal notice of these proceedings as required by law by causing publication of notice of forfeiture and the intent of the United States to dispose of the property in accordance with the law.

3.  The notice of forfeiture provided that any persons or entities having or claiming a legal right, title or interest in the property, within thirty (30) days of receipt of the notice, or no later than sixty (60) days from the first day of publication on the official internet government forfeiture website, *www.forfeiture.gov*, whichever is earlier, must petition the United States District Court for the Middle District of Georgia for a hearing to adjudicate the

validity of his or her alleged interest in the property pursuant to 21 U.S.C. § 853(n), incorporated by 18 U.S.C. § 982(b).

4. No other persons or entities filed third-party petitions asserting claims or interests in the property subject to forfeiture and the time for filing such petitions has now expired.

THEREFORE IT IS HEREBY ORDERED THAT:

1. The Court's January 15, 2009, Amended Preliminary Order of Forfeiture is final and all right, title, and interest in the following described property is hereby forfeited to and vested in the United States, to be disposed of in accordance with the law: $1,479.00 in United States currency.

2. The Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

SO ORDERED, this 10th day of June, 2009.


*s/  Hugh Lawson*

HUGH LAWSON, SENIOR JUDGE
UNITED STATES DISTRICT COURT


PREPARED BY:

s/ DANIAL E. BENNETT
ASSISTANT UNITED STATES ATTORNEY
GEORGIA STATE BAR NO.  052683